(2)

10-13029-A-7
MASTER ADDRESS LIST
DEBTOR : GEORGIANNE TAUNTON
JUDGE : HON. W. RIMEL

FILED 3/24/10 - 11:20 AM
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION     rbef

2010-13029
293CMX

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re )
)
Georgianne A. Taunton )
) Case No.
)
)
_____ Debtor(s). )

### VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case *(please check and complete one)*:

[ ]  on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of _____ creditors, *[required with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]*

**OR**

[ x ]  typed in scannable format on paper, consisting of __1__ pages and listing a total of __13__ creditors, *[only acceptable with conventionally filed petitions not prepared by an attorney or bankruptcy petition preparer]*

**OR**

[ ]  electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of _____ creditors, *[required with electronically filed petitions]*

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: __3/22/10__                    _____
                                       Debtor's Signature

DATED: _____                _____
                                       Joint Debtor's (if any) Signature

EDC 2-100  (Rev. 10/2007)

3

At&T Processing Center
Des Moines, IA 50363

Goodguys
P.O. Box 81344
Cleveland, Ohio 41888

GE Money
P.O. Box 103104
Roswell, Georgia 30076

Collection Bureau
3355 Washington
Ogden, Utah 84401

Wells Fargo Bank
8420 N. Friant Rd
Fresno, California

Michael J. Kanz
Central California Legal Services
1401 Fulton Street Suite 700
Fresno, Ca. 93721

OSC Recovery
108 S. Main
Lake Elsinore, Ca. 93520

Chase
P.O. Box 94014
Palatine, Il 60094-4014

Chase
300 S. Grand 4th floor
L.A. , Ca,90071

Barrows
6049 N. 1st St. 104
Fresno, Ca. 93710

Commerical Trade
P.O. Box 10389
Bakersfield, Ca. 93389

Steve Hrdlicka
2115 Kern St, 206
Fresno, Ca. 93721

Mary Loeffler
504 Kenosha
Clovis, Ca. 93619