UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | |
|---|---|---|
| **Case Title :** | Georgianne Alyce Taunton | **Case No :** 10-13029 - A - 7<br>**Date :** 8/3/10<br>**Time :** 01:30 |
| **Matter :** | [20] - Motion/Application for Relief from Stay [ISM-1] Filed by Creditors Lupe M. Rios, Juan A. Rios (Fee Paid $150) (rpaf) | **OPPOSED** |
| **Judge :**<br>**Courtroom Deputy :**<br>**Reporter :**<br>**Department :** | Whitney Rimel<br>Gay Parker<br>Linda Gorman<br>A | |

**APPEARANCES for :**
**Movant(s) :**
    Creditor's Attorney - Indirajith Meganathan
**Respondent(s) :**
    Debtor(s) Attorney - Bruce A. Neilson

MOTION was :
Denied, without prejudice